UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

                                               :        MAGISTRATE NO. 12-609 DMC

v.    :

                                               :        ORDER

Alex Brito Rivera    :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __1__ day of __July__, 2013,

ORDERED that _____Linda Foster (for today)_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
CATHY L. WALDOR
United States Magistrate Judge